IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC., f/k/a Crop Production Services, Inc., | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:21cv801-MHT (WO) |
| JASON P. HOWARD, individually and d/b/a Howard Farms, | ) | |
| Defendant. | ) | |

OPINION

On December 2, 2021, plaintiff Nutrien Ag Solutions, Inc. (formerly known as Crop Production Services, Inc.) filed this lawsuit against defendant Jason P. Howard, both individually and doing business as Howard Farms, asserting a state-law breach-of-contract claim relating to the alleged failure to pay sums due pursuant to a promissory note for goods and services rendered. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 (diversity). Howard did not answer the complaint. The cause is

currently before the court on Nutrien's motion for default judgment against Howard.

The record in this case reflects that Howard was served with copies of the summons and complaint and that he has failed to respond to the summons and complaint within the time allowed. The clerk of the court has also entered default against Howard.

Based on the foregoing, this court is of the opinion that Nutrien's motion for entry of default judgment should be granted and that judgment of default as to the amount due pursuant to the promissory note should be entered against Howard in the sum of $ 168,152.09 for the outstanding principal under the note.

However, because of the time that has lapsed between Nutrien's filing for default judgment and this opinion, the court finds that Nutrien must file a supplemental report outlining the sum of accrued interest due under the promissory note, as well as the sum due as to attorneys' fees, court costs, and

**collection expenses. The report shall include how each sum is calculated and justified.**

**An order and judgment will be entered in accordance with this opinion.**

**DONE, this the 7th day of March, 2023.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**