IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NUTRIEN AG SOLUTIONS,        )
INC., f/k/a Crop             )
Production Services, Inc.,   )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:21cv801-MHT
                             )               (WO)
JASON P. HOWARD,             )
individually and d/b/a       )
Howard Farms,                )
                             )
     Defendant.              )
```

**JUDGMENT**

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Nutrien Ag Solutions, Inc.'s motion for default judgment against defendant Jason P. Howard (Doc. 6) is granted.

(2) Judgment is entered in favor of plaintiff Nutrien Ag Solutions, Inc. and against defendant Howard.

(3) Plaintiff Nutrien Ag Solutions, Inc. shall recover from defendant Howard the sum of

  $ 168,152.09 for the outstanding principal under the promissory note.

(4) Plaintiff Nutrien Ag Solutions, Inc., shall file on or before March 22, 2023, a supplemental report outlining (a) the sum of the interest accrued on the principal as of entry of this judgment, and (b) the additional sum for attorneys' fees, court costs, and collection expenses.  The report shall include how each sum is calculated and justified.  Upon receipt of the report, the court enter an amended judgment to reflect the additional sums.

  The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

  This case is closed.

  DONE, this the 7th day of March, 2023.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**