IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC., f/k/a Crop Production Services, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:21cv801-MHT (WO) |
| JASON P. HOWARD, individually and d/b/a Howard Farms, | ) ) ) ) | |
| Defendant. | ) | |

SUPPLEMENTAL OPINION

The court entered a final opinion and judgment in favor of plaintiff Nutrien Ag Solutions, Inc. and against defendant Jason P. Howard on March 7, 2023. *See* Opinion and Judgment (Doc. 8 and Doc. 9). Because there was an extensive time gap between the motion for default judgment and the final judgment, the court ordered Nutrien to file a supplemental report outlining "(a) the sum of the interest accrued on the principal as of entry of this judgment, and (b) the additional sum for attorneys' fees, court costs, and collection

expenses." Judgment (Doc. 9).

Nutrien filed its supplement report on March 17, 2023, requesting an amended judgment in the following amounts: (1) $ 168,152.09 for the outstanding principal under the promissory note; (2) accrued interest in the amount of $ 94,486.22; (3) reasonable attorneys' fees, costs, and expenses in the amount of $ 4,862.11.  In support, Nutrien extensively outlined how it calculated the interest owed and costs due.

Having reviewed Nutrien's supplemental report, the court finds that an amended final judgment should be entered and substituted for the March 7 final judgment, so as to reflect all sums.

DONE, this the 23rd day of March, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE