IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NUTRIEN AG SOLUTIONS,         )
INC., f/k/a Crop              )
Production Services,          )
Inc.,                         )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:21cv801-MHT
                              )          (WO)
JASON P. HOWARD,              )
individually and d/b/a        )
Howard Farms,                 )
                              )
     Defendant.               )
```

AMENDED JUDGMENT

In accordance with the supplemental opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment (Doc. 9) is amended and replaced as follows:

(1) Plaintiff Nutrien Ag Solutions, Inc.'s motion for default judgment against defendant Jason P. Howard (Doc. 6) is granted.

(2) Judgment is entered in favor of plaintiff Nutrien Ag Solutions, Inc. and against defendant

Howard.

(3) Plaintiff Nutrien Ag Solutions, Inc. shall recover from defendant Howard the sum of $ 168,152.09 for the outstanding principal under the promissory note.

(4) Plaintiff Nutrien Ag Solutions, Inc. shall recover from defendant Howard the additional sum of $ 94,486.22 for interest accrued as of the entry of final judgment.

(5) Plaintiff Nutrien Ag Solutions, Inc. shall recover from defendant Howard the additional sum of $ 4,862.11 for attorneys' fees, court costs, and collection expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment, replacing the original final judgment (Doc. 9), pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of March, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE